UNITED STATES DISTRICT COURT                    ECF CASE

SOUTHERN DISTRICT OF NEW YORK                   08 CV 00486 (NRB)

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>                    Plaintiff,<br>- against -<br><br>YANFIELD INTERNATIONAL CORP.,<br><br>                    Defendant. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

      Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated:  New York, NY                  CICHANOWICZ CALLAN KEANE VENGROW
                                                        &TEXTOR, LLP, 61 Broadway, Ste. 3000
           January 16, 2007            New York, NY 10006 – Tel. 212-344-7042


                                        By: /s/_____Joseph De May, Jr.._____
                                              Joseph De May, Jr. [JD-9105]
                                                Attorneys for Plaintiff