USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NIPON YUSEN KAISHA a.k.a NYK LINE,

               Plaintiff,

  - against -

YANFIELD INTERNATIONAL CORP.,

               Defendant.
----------------------------------------x

                       O R D E R

                       08 Civ. 486 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the defendant in this case has filed for bankruptcy in the Central District of California (Riverside); and

    **WHEREAS** plaintiff acknowledges that due to the resulting automatic stay, relief, if any, must be obtained in the bankruptcy proceeding; it is hereby

    **ORDERED** that this case is dismissed without prejudice.

DATED: New York, New York
       June 30, 2008

                                       NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE